

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00520-CV

Alexander **MOLINA** and Laura Molina,
Appellants

v.

**STONEGATE MORTGAGE CORPORATION**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV03741
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. It is ORDERED that no costs shall be assessed against appellants Alexander Molina and Laura Molina in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED November 23, 2016.

_____
Rebeca C. Martinez, Justice